IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.,

    Plaintiff,

  vs.

JERRY P. HUCKABY,

    Defendants.

No. CIV S-11-1979 KJM EFB PS

ORDER

On September 22, 2011, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The court presumes that any findings of fact are correct.  *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

1  Accordingly, IT IS ORDERED that:
2      1. The proposed Findings and Recommendations filed September 22, 2011, are
3  ADOPTED; and
4      2. The above-captioned case is REMANDED to the Superior Court of the State
5  of California in and for the County of Sacramento.
6  DATED: March 20, 2012.

                                                UNITED STATES DISTRICT JUDGE